THE EBLING BREWING COMPANY, Respondent, v. GIO-
VANNI SARRACINO et al., Appellants.

*Mortgage — foreclosure — action to foreclose mortgage — defense of pay-
ment in part and tender of balance due — counterclaim for conversion
of chattels.*

*Ebling Brewing Co. v. Sarracino,* 206 App. Div. 695, affirmed.

(Argued November 28, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered June 1, 1923, affirming a judgment in favor of
plaintiff entered upon a decision of the court on trial at
Special Term in an action to foreclose a mortgage on
real property. The answer set up a counterclaim for
the conversion of certain chattels together with a defense
of payment of part of the sum due and tender of the balance.

*Herman Roth* for appellants.

*Louis Susman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

THORWALD PETERS, Respondent, v. INGRID PETERSEN,
Appellant.

*Appeal — practice — dismissal of complaint on merits — when modi-
fication by Appellate Division so as to dismiss complaint without
prejudice, proper.*

*Peters v. Petersen,* 206 App. Div. 719, affirmed.

(Argued November 28, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered June 25, 1923, modifying and affirming as modi-
fied a judgment in favor of defendant entered upon a
dismissal of the complaint by the court on trial at Special
Term. The action was in equity for the rescission of a
contract. The judgment of the trial court dismissed the
complaint upon the merits. The Appellate Division
modified the judgment of the trial court so as to dismiss